Peter Smith
TDCJ Number: 1208024
Connally Unit ~~Unit~~
899 FM 632
Kenedy Tx. 78119

60,706-06

Re: WR-60,706-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

TO whom it may concern:

My name is Peter Smith and I'm inquiring about the above listed writ.# WR-60,706-06. I want to know has it been ruled on yet and what place is it slated on the docket sheet if possible. But most important is, confirmation that my writ is **still** pending will **suffice**. Thank you!

Respectfully,

Peter J. Smith  1-19-15